**CONSUMER JUSTICE LAW FIRM PLC**
James Ristvedt, AZ Bar #035938
David A. Chami, AZ No. 027585
8095 N. 85th Way
Scottsdale, AZ 85258
E: jristvedt@consumerjustice.com, dchami@consumerjustice.com
T: (480) 626-1956, (480) 626-2359
F: (480) 613-7733

**CONSUMER JUSTICE LAW FIRM PLC**
Susan Mary Rotkis, AZ Bar 032866
2290 East Speedway Blvd.
Tucson, AZ 85719
T:602-807-1504
F: (480) 613-7733
E: srotkis@consumerjustice.com

*Attorneys for Plaintiff*
*Stephanie Stephens*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

Stephanie Stephens,

Plaintiff,

v.

Experian Information Solutions, Inc.; Trans Union, LLC; and Columbia Debt Recovery, LLC, d/b/a Genesis;

Defendant.

Case No.: 2:24-cv-01576-PHX-SMM

**FIRST JOINT STATUS REPORT ON ARBITRATION**

Pursuant to the Court's Order on Defendant Experian Information Solutions, Inc.'s ("Experian") Motion to Compel Arbitration on February 6, 2025 (Docket 56), Experian and Plaintiff Stephanie Stephens ("Plaintiff") (collectively the "Parties"), by and through undersigned counsel, hereby submit this first joint status report on arbitration.

On February 12, 2025, Plaintiff filed the matter against Experian in the American Arbitration Association ("AAA"). On March 31, 2025, AAA acknowledged the filing of the documents and reached out to the Parties regarding the deadlines for Experian's Answer, the Parties' Initial List of People, and the financial aspects of the matter.

On April 14, 2025, Experian filed its Answer to Plaintiff's Arbitration Demand. On April 25, 2025, AAA appointed Mr. Gary M. Smith as the arbitrator that will handle the matter. On April 29, 2025 Plaintiff timely objected to the appointment of Mr. Smith as the arbitrator.

As of filing, the Parties have been advised by AAA that Experian's deadline to submit its position regarding Plaintiff's arbitrator objections is on May 8, 2025.

Date: May 8, 2025, RESPECTFULLY SUBMITTED,

*/s/ James Ristvedt*
**CONSUMER JUSTICE LAW FIRM PLC**
James Ristvedt, AZ Bar #035938
8095 N. 85th Way
Scottsdale, AZ 85258
E: jristvedt@consumerjustice.com
T: (480) 626-1956

**CONSUMER JUSTICE LAW FIRM PLC**
David A. Chami
AZ No. 027585
E: dchami@consumerjustice.com
8095 N. 85th Way
Scottsdale, Arizona 85258
Telephone: (480) 626-2359

**CONSUMER JUSTICE LAW FIRM PLC**
Susan Mary Rotkis
AZ Bar 032866
2290 East Speedway Blvd.

*/s/ Madison R. Way*
**JONES DAY**
Madison R. Way (Cal. Bar #341036)
mway@jonesday.com
555 S. Flower Street, Floor 50
Los Angeles, California 90071
T: +213-489-3939
F: +213-243-2539
Admitted pro hac vice

Emily Gildar Yaron
1 E. Washington St., Suite 2700
Phoenix, AZ 85004
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: eyaron@swlaw.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

Tucson, AZ 85719
T:602-807-1504
F: (480) 613-7733
E: srotkis@consumerjustice.com

*Attorneys for Plaintiff*
*Stephanie Stephens*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Shaun Pambid*